IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| APFA INC., | § |
| Plaintiff, | § |
| v. | § Civil Action No. 4:21-cv-00108-O |
| UATP MANAGEMENT, LLC, | § |
| Defendant. | § |

## FINAL JUDGMENT

On May 6, 2021, the Court granted Defendant UATP Management LLC's Motion to Dismiss Plaintiff's Complaint (ECF No. 31). Mem. Op. & Order, ECF No. 40. It is therefore **ORDERED, ADJUDGED, and DECREED** that Plaintiff's claims against Defendant are **DISMISSED without prejudice.**

**SO ORDERED** on this **6th day** of **May, 2021.**

*[signature]*
Reed O'Connor
UNITED STATES DISTRICT JUDGE